Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)



# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED

AUG 0 4 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

| | |
|---|---|
| Nancy Ruggiero | Case No. 2:20CV1561 KJM DMC |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | PS |
| -v- | Jury Trial: *(check one)* ☒ Yes ☐ No |
| Christian Congregation of Jehovah's Witnesses, HDQ NY; California Sheriff's Department of Siskiyou County; Administration for Justice California Superior Court of Siskiyou County | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non–Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Nancy Ruggiero |
| Address | 400 Hiram Page Rd.#9 |

| City | State | Zip Code |
|---|---|---|
| Yreka | CA | 96097 |

| | |
|---|---|
| County | Siskiyou |
| Telephone Number | 530 925-2429 |
| E-Mail Address | njruggiero@yahoo.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Christian Congregation of Jehovah'sWitnesses. HDO. NY |
| Job or Title *(if known)* | General Counsel |
| Address | 1 Kings Drive |

| City | State | Zip Code |
|---|---|---|
| Tuxedo Park | NY | 10987-5500 |

| | |
|---|---|
| County | Orange County |
| Telephone Number | 1 845-306-0711 |
| E-Mail Address *(if known)* | generalcounsel@jw.org |

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | California Siskivou County Sheriff's Admisnistration. Jon E. |
| Job or Title *(if known)* | Government Agency |
| Address | 305 Butte Street |

| City | State | Zip Code |
|---|---|---|
| Yreka | CA | 96097 |

| | |
|---|---|
| County | Siskiyou |
| Telephone Number | 530 842-8301 |
| E-Mail Address *(if known)* | jlopey@siskyousheriff.org |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

☐ Individual capacity    ☒ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Calif. Superior Court of Siskyou Co.Administration for Justice |
| Job or Title *(if known)* | Government Agency |
| Address | 311 4ᵗʰ Street. Rm.206 |

| Yreka | Ca | 96097 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Siskiyou |
| Telephone Number | 530 842-8182; 530 842-0199 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The First Amendments, Establishment Clause and Free Exercise Clause; Public Corruption, RICO Act,

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Judges of Siskiyou County Courthouse, namely Judge Karen Dixon, Judge JoAnn Bicego, Judge John Lawrence, and Commissoner James Phelps, each acting "under color" are inexticably linked with the Organization, the Christian Congregation of Jehovah's Witnesses in a collusion of Church and State in what the Bible Calls "framing trouble by decree." (Psalms 92:20; "Can a throne of corruption be allied with you While it is framing trouble in the name of the law?") Each acting with full knowledge of the unconstitutionality of their actions. Gaslighting is intentionally difficult or impossible to explain in absolute, factual and concrete terms, it is abstract and clandestine.In waltz v. Tax Commission the court upheld the objective to prevent, as far as possible, the intrusion of either into the precincts of the other. With the preponderance of evidence and insight, the picture drawn becomes abundantly clear... My testimony may come to the court as a solidary voice, a witness emphatically affirming her testimony, verses a community following leaders and peers in a gaslighting and gangstocking attempt of a targeted individual, myself. This has grown to this day, August 3, 2020, having began in 2013.The suit is against the principle ones whose job is to uphold the Constitutional Rights and the Laws of the Land in a just manner. The Religious Leaders are also required by Almighty God and the Law of the Land to uphold Righteousness and Justice. Each owes a position of 'duty of care.'
Ten years down the road, where will allowing this behavior lead? You condone this in the public eye, and it grants a free rein for them to do likewise.
Presenting in court not only perjured testimonies, but an entire court.
To prevent the Plaintiff from accomplishing one's purpose is deliberate misconduct and obstruction of justice.
"Manifesta probatione non indigent"- What is known, need not be proven."
We see don't see wind; we see the effects of wind.
Seven years; Time speaks and can stock up a lot of circumstancil evidence. It had a beginning. It has a brain behind it, one that collects information, directs, and has order. Let chronological testimony speak. Learn by observation, cause and effect as does science. Searching out evidence, information, reason on it, and arrive at conclusions.
Courts are about closing the gap about what should be happening and what is happening.
Furthermore, the amount of monies they paid themsleves while performing this bafoonery, should be illegal. As a janitor, if I didn't actually clean, I wouldn't expect to be paid, nor expect to have a job for long.
( Please see attachment.)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**III.   Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

California Superior Court of Siskiyou County, 311 Fourth St, Yreka,CA96097;  Kingdom Hall of Jehovah's Witnesses Yreka Ager Road, Yreka, CA 96097; Sheriff's Office, 301 Butte St., Yreka, CA 96097; Siskiyou County Jail, 315 S Oregon St, Yreka, CA 96097.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

Beginning in 2013 Jehovah's Witnesses put me under constant surveillance, 24/7. I wasn't aware of it, it slowly dawned on me. They always had my trust so I wasn't expecting things to turn into anything more than to investigate my life. I had gone to them about a private matter earlier that I desired help with so perhaps that would be expected to some degree. In time, I noticed people I knew for years were treating me differently. I approached the elders about it and they denied any "leak." A Circiut Overseer that serves the Congregations sent to Yreka from New York, he told me was sent to help me. (They serve about three years per circuit, then are moved on.) We had a Circuit Assembly in which a Brother from the Headquarters Office visited and in his talk he mentioned "That when Jehovah's does something he does it with style." During the CO's last visits to our area, he used a scripture from Nahum 3:4-6; (https://wol.jw.org/en/wol/b/r1/lp-e/nwt/34/3 plz find vs.4-6), which it says that a prostitute would be exposed for all the nations to see and dung would be flung on her. The audience was stunned. I felt his comment was significant but didn't know how to use it. Also he said from the platform, 'What? Did you think we had some special communications with God and we know things. No, we don't.' From those comments and how I began to be treated, I came to realize, they were somehow talking about me. This can be seen from my notes from the meetings, and my journals and how they relate. Looking back, I understood that this is when things began to change. My life story had been taken to the public and legal authorities, and I was put on a 'blog.' (I had not done anything illegal, it was a moral/spiritual problem I went to them for help about. This fiasco has grown as a result.) This situation didn't come into a clear focus all at once. A new Circuit Overseer arrived and he picked up where the other had left off. (September 2014-2017) I wrote a letter to the Governing Body, CO, and Yreka elders to stop this behavior.

Earlier, I had been writing out my life in a journal form, past and present. I began to notice what I wrote was referred to in the meetings. There began to be references to my daily activities, conversations, etc. From the 'friends' at the congregation, not just the platform. Pranks became a daily thing. White lies, which only grew to bigger ones. Finally, April 5, 2017, I wrote my first letter to the Circuit Overseer, Body of Elders and Governing Body of Jehovah's Witnesses. It kindly asked for things to stop and I had appreciated their 'help.'

This is important because this is "how" things began. The Civil Harassment Restraining Order I originally filed against Mr Joly (SC CVHA 18-0597, 5/15/18) didn't name the correct Defendant, though he was definitely involved, the situation was larger. Mr. Joly filed a retaliory suit, (SC CVHA 19-132, 2/14/19) in which his statements were totally erroneous. In court Judge Lawrence presided. The trial is explained later.) This situation wasn't getting cleaned up, as I came to understand in stair step fashion that this was bigger, I filed (SC CVCV 18-1169, filed 3/7/19) suit against the Organization, the Christian Congregation of Jehovah's Witnesses, naming Headquarters, NY. That case has more details of the circumstances. From there the momentum and problems intensified. The understanding of the authorities envolvement, also didn't become clear though I began to suspect their involvement,it didn't become clear until I realized I would have to appeal the case Judge Lawrence "Dismissed wirh Prejudice" and take these matters out ot this area and Court. ... ( A calendar of chronological events will be added)

C.    What are the facts underlying your claim(s)? *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Please see above ... for much of the already stated details.

This has been going on since I went to the elders of my Congregation for spiritual guidance in 2013, to this day, 2020. Besides the stress over time, the magnitude grew to encompass the authorities and public. I have grown to understand I am in "clear and present danger" for I have received various threats both verbal and in the mail. I have suffered according to man's law, "irrepairable damages." When I began to comprehend something was really happening, I was ironing in my home. My anxiety peaked as I realized this was reality. I couldn't beat down the overwhelming anxiety, it spread from my chest to my neck and down my left arm. I made it outside thinking I just needed air. The pain and shortness of breath would not go away, but increased, I made it next door. My neighbor gave me nitro and took me to the Emergency Center at the hospital. I was admitted overnight for "chest pain" non specific according to the local hospital. (8/9/2017) They referred me to Medford's Southern Oregon Cardiology Center, Dr Hong. (9/13/17), where I was told it was a heart attack, and under went a 'Left Heart Cath.' on (9/20/17).

The publicity of my life, posted for all to observe, not understanding why my brothers would do that was difficult to accept, but the handing me over to all to harass, gaslight, vex and prank, I had/have difficulty comprehending. It's not what we are normally taught. Christ died for sinners, he told us "Healthy people do not need a physician, but ill do."(Matt 9:13) "By this all will know that you are my disciples - if you have love among yourselves."(John 13:35) "In reply the King will say to them, 'Truly I say to you, to the extent that you did it to one of the least of these my brothers, you did it to me." (Matt 25:40) "But whoever stumbles one of these little ones who have faith, it would be better fro him if a millstone that is turned by a donkey were put around his neck and he were pitched into the sea." (Mark 9:42) "Come to me, all you who are toiling and loaded down, and I will refresh you." (Matt 11:28) These are pretty strong words given by Christ. Hence, this behavior was/is not expected from my Shepherds of Christ's Congregation. "Though we are aware, "...Man dominates man to his injury." (Ecc. 8:9) We often hear people say, "I gotta get 'right' before I come to God,

which is a bit like saying, "I gotta get healthy before I go to the doctor." As the doctor is the one who helps you get healthy and God is the One who gets you 'right.'

There had been the civil authorities and religious leaders working together in a conspiracy many times both in history and the bible. To condemn and act against  Though that too was done before to the apostle Paul. (Acts 23:12-15, "When it became day, the Jews formed a conspiracy and bound thenselves with a curse, saying that they would neither ear not drink until they had kill Paul.There were more than 40 men who formed this oathbound conspiracy. These men went to the chief priests and the elders and said: "We have solemnly bound ourselves with a curse not to eat anuthing at all until we have killed Paul. So now you together with the Sanhedrin should inform the military commander that he should bring him down to you as though you want to examine his case more thoroughly. But before he gets near, we will be ready to do away with him."), Daniel also as seen at, Daniel 6:7,10,16,22). The list is actually quite long, and even much more in nations histories.

I went and spoke personally with the Sheriff plainly about what was happening and I firmly stated wanted it to stop and that this must have something to do with money because that is often a driving force for people to break the law. He squirmed and shook his head yes. I saw he was holding a ring in his fist, with the face of it pointing at me. I began to suspect it was a camera, since everywhere I went I was recorded. I could hear someone outside the door  shift and move. So I understood we were being monitored. I have nothing to hide. Again I spoke with an Officer and said the same thing. As we are told to go and make peace to clear up a matter, I was applying what I believed. I also went to the court. I spoke to the Clerks Office and once with the 'newly' appointed Office Manager. Twice I spoke with Judge Lawrence  away from the court. Once at the Post Office, he and I were getting our mail. It may be on the Post Office Lobby Camera, it was after the Joly RO Hearing. I told him to stop the lies and shenannigans. He just turned away and put on his sunglasses. The other time I saw him walk into a bar, so I approached him. He was just seating himself with a few people, when I said I wanted to speak with him. He said he didn't want to talk, "You need to leave now." One at the table spoke up for him and repeated his words sternly. I answered, I would. When I'm done.' Turning to him I stated,"Get this thing OFF of me! Stop it. If it doesn't stop I'll take it as your answer. I'll have to take action." This was after I had served the court the Cease and Desist Letter that Judge Dixon wouldn't accept. There was no doubt he understood my words  This happened right after the restriction for COVID-19 was lifted for

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Hospital Visits:
Heart attack..August 8, 2017, left heart cath, 9/20/17.
Broken leg. Exrays are at the hospital. From Officer throwing me on the ground. There should be the Officer's Body Camera Footage. November 15, 2019.
The hospital worked with the Sheriff's Office in avoiding treating me. I was there for hours, When I got there there was no one there. They never told me what the exrays showed. I went home without answers, I left to go home to get something for my pain.
The extent of this is shown by every where I went to get my hair cut, a prank was played on me. From Yreka, to Medford. The worst was at SmartStyle, in Medford, Oregon. (Please see attached).The girl intentionally chopped my hair off. I took many months to grow out. I quit going to get my hair cut.
I have endured seven years of harassment,vexing and pranks, literally gaslighting.
Seven years of duress and high anxiety, costly pranks with my cars, my taxes, my home, my bills, my eyeglasses, bank account, mail, family, court, judges, jail, sheriff and deputies. This needs to stop, now. I have gone everywhere, to everyone, and now we are in the Federal Court. Does this need to go further? Another comment by Judge Lawrence, at the end of the first façade of a trial with Mr. Joly and he handed down his 5 year Restraining Order was, "I can see this is going to end up in some sort of violence."

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Reinforce the law in preventing  corruption of Chruch and State acting as one, would tell the public the harassing behavior is not okay, in fact is illegal. It has happened throughout time. I request the court to see it and identify it, and stop it. Each christian has the job of keeping God's House clean by exposing wrongdoing, not covering it up, not tolerating schemes that shame and reproach his reputation, Especially by religious leaders that misrepresent him; (Matt 23; https://wol.jw.org/en/wol/b/r1/lp-e/nwt/40/23) In the legal field, the justice system, that is your job. The two entities intertwined in corruption  needs addressing. who will uphold righteousness and justice on earth? Truth and justice supports and strenghtens. Lies and corruption tear down and weakens. Laws can enforce the principles of Exodus 23:1-3: "You must not spread a report that is not true. Do not cooperate with a wicked one by becoming a malicious witness. You must not follow after the crowd to do evil, and you must not prevert justice by giving testimony to go along with the crowd. You must show impartiality in the dispute of a poor person." The time has come for these matters to be addressed more definitively.
I am asking what the Federal Court has as a minimum of $75,000; as the courts are already paying my fees to present my case. (equaling much more when added together), and for the seven years of duress and lack of peace to date.

**VI.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        August 3, 2020

Signature of Plaintiff        *Nancy Ruggiero*

Printed Name of Plaintiff        Nancy Ruggiero

**B.   For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

**ATTACHMENT: II.   BASIS FOR JURISDICTION**

**C:   Defendants are to be liable by section 1983 only when under color of any statute, regulation, ordinance, custom or useage of any state... explain how each defendant acted under state or local law**.

The Judges of Siskiyou County Courthouse, namely Judge Karen Dixon, Judge

JoAnn Bicego, Judge John Lawrence, and Commissoner James Phelps, each acting

"under color" with the local Sheriff's Department, worked with the Christian

Congregation of Jehovah's Witnesses in a collusion of Church and State in what

the Bible Calls "framing trouble by decree." (Psalms 92:20; "Can a throne of

corruption be allied with you While it is framing trouble in the name of the law?")

Each acting with full knowledge of the unconstitutionality of their actions. The

Yreka California's Sheriff's Office played an active role in supporting the Courts

duplicity, inside and outside the courtroom. At the first hearing of these cases, the

court's interpeter, One of Jehovah's Witnesses who works in the court, interupted

the original court with Judge Masenguga Presiding, saying my case needed an

interperter, hence we were dismissed to an alternate court, and Judge Bicego was

called in to preside. She began by stating that she had just had a meal at the home

Rosa and her husband (who is an elder in the Yreka Congregation), but she thought

she could be fair. She stated my harassment case (SCCVHA 18-0597, Ruggiero v

Joly, filed May 15, 2018) didn't rise up to the level of Harassment and so denied

the petition. I came to understand that I hadn't named the Defendant correctly in

1

the original suit, this came from the top. I had chose to name Mr Joly because
though he was definitely involved, and told me he was the main one, I needed to
address the 'cause' to get to the root of the problem. When things are consistent,
constant, consolidated, collective, collaborated, and has cooperation, shows cause
and effect. To have design there is something with intelligence and intent. So I
filed a new case, with a clearer understanding of the situation, with more details
that had developed on September 13, 2018, SC CVCV 18-1169. This case was
where things started happened that I didn't understand again. The court seemed
involved, but how could that be, I wondered. The Facilitator told me back in 2018,
two odd comments when I began these legalities: "I don't know anyone that would
take your case." Emphasizing 'anyone'. And, "Oh, and don't expect to win."
Emphasizing 'don't'. I had tried over 20 different law firms and attorney's 'not in
this county,' to no avail. He and the Clerk's Office played games with me by
various pranks of unclear and misinformation, making it near impossible to
accomplish any courtwork efficently, especially for an inexperienced person.
When the documents were due, instructions were given that were off, or threats by
various ones that I'd be kicked out of the courthouse.

As that case was going on, Mr. Joly filed an erroneous, made up suit against
myself, (SCCVHA 19-0132, Joly v Ruggiero, filed Jan. 31, 2019). Judge
Lawerence presiding. (Hearing 2/20/19) He began by saying that he was good

2

friends Rosa for about 14 years, the same one that Judge Bicego dined, but that it won't matter. She was also one of the two witnesses testifying in the case, the other being another elder of the Christian Congregation of Jehovah's Witnesses, Mr. Semple, who later filed his own suit against myself again. Mr Joly also wanted to show a video of an example of my behavior, (which had nothing of which I was shamed of). Judge Lawrence asked if it had been altered in any way. They said no, of course not. He said, he had to ask, it was his job. He then allowed the totally erroneous and obviously altered video as evidence. (In which a piece of cardboard was used to block the vision of the elder, Mr. Semple, whom I was speaking with in the video.) The video has suddenly disappeared after the case. His conclusion, after listening to 'testimonies' that stated things in language that altered actual events, such as, I followed Mr Joly. When, in fact, in leaving the Kingdom Hall and driving on the road would require me 'to follow behind him'. He, on the other hand kept *braking* to an almost a standstill infront of me, which neither did he mention, nor did it mean anything to the judge when I mentioned it. Only that I 'followed' Mr Joly, according to his friend, Rosa, the witness, court-coworker, who if saw anything, never mentioned *that* fact. Hence, Judge Lawerence granted a five year restraining order, which prevented myself from attending the Kingdom Hall there, as he said he needed to protect the people, that it's his job. (Not insuring

3

justice? So, where do you go to get Justice? Do you sit to judge me according to the Law, and at the same time violate the Law?)

Yet, I still had the scriptural responsibility to be a peacemaker and go to our brother. (Matthew 5:9, 23-25; 18:15-17; Ezekiel 33:8,9; Acts 5:28,29) Which is where the framing trouble by decree comes in. It was a set up. They know the instruction from God's Word. For example, Matthew 5:23-25a says, "If, then, you are bringing your gift to the alter and there you remember that your brother has something against you, leave your gift there in front of the alter, and go away. First make your peace with your brother, and then come back and offer your gift. Be quick to settle matters with your legal opponent, while you are with him on the way there,… (to court)", would require me to go speak with them. But, they go to the courts and get granted a restraining order on false and trumped up charges. The court grants an Ex Parte TRO. As a Christian, we are taught and up hold  God's Word, Acts 5:29, "We must obey God as ruler rather than men." The elders call the police, then shake hands with them, as they  have me arrested. When I am applying the very scriptures they and the bible teach. Though I continued to apply the scriptures to the situation in going to them and talkking with them, I went elsewhere to attend the Meetings, beginning in South County, (starting from September 15, 2019 to the COVID-19). The Yreka Congregation started sending speakers to the congregations where I was attending. This gave me opportunity to

4

approach them about the ongoing situation of the lies and pranks they were supporting. The elders in all twenty-plus congregations ended up behaving in the same manner. These congregations that I attended were from Redding, CA to Grants Pass, OR, including all of Siskyou County and all the Congregations inbetween. This supported my dawning comprehension, that this came from the top, that is New York Headquarters. This has continued wherever I went. They'd call the police or sheriff whichever and tell me I could no longer attend because I would address their behavior. Infact, I was egged-on until I did.  Truth does not always tickle the ears.  Jesus, our exmplar did not soft sell his Fathers truths especially to the Religious Leaders. The congregations were aware of whatever I did, wherever I went, and would refer to it in both their talks and the comments during the meetings. I have corroboration of this as I wrote notes of talks and journals and what I did during the days would be refered to in the talks. (I am guessing by a 'Blog' of myself). During COVID-19, I have been piped into the New York Area Meetings and they are doing the same. Yes, Headquarters is involved, it is a fact.

Meanwhile, the other elder filed a suit, (SC CVHA 19-00792, filed 7/1/19) that said I harassed him and his family, in which Judge Karen Dixon presided. Mr Semple stretched such a yarn that I couldn't keep up with it, nor believe such outrageous behavior. I couldn't write it all down fast enough between the cough

5

and sputtering to believe what I was hearing. The Judge ask sympathectically if he felt he and his family was in eminent danger. He said "Yes." I said it's a huge *lie*. The Judge said that I'm just proving everything he's saying is true. Meanwhile, the bailiff stood by me intimidatingly saying I was to keep quiet and be respectful. I said to him, "*This* is all a lie." The Judge said, I was being rude. I again said, "This is *all* a lie." The Judge dismissed me from the court. I realized I was not going to be heard *again* by the court, and I so wanted to be heard this time, (this was the fourth time I was before the court, and not heard). The baliff twisted my arm and shoved me across the court to the wall, pushing my head against the wall while they tried to find handcuffs and get backup there like I was some huge threat to them and society. As the deputies walked me across the street to the jail, they would say turn left and push me to the right. It was all wrong. I wondered, 'Just who is this court working for? This is three times now.'

I filed a motioned for a reconsideration. Two months later, Judge DIxon said, "I found a very old law that said I don't have to grant you anything. Furthermore, it wasn't even filed on time. So I'm not going to grant a reconsideration, you had your chance last time and you wasted it. You chose to do what you did. Motioned denied." (According to the court clerk, Renee, I did file on time, because it goes by the date the papers were served. The court Faciliator was vague, as he would only read from the "book," with no clarification regardless how many times I asked

6

him. No one agreed and I certainly didn't find it to be clear, especially with my tampered computer.) If the period goes from the dated of service, that was 10/29/19. The Restraining Order I was asking to be reconsidered was on 10/18/20.

I then asked Judge Dixion if I can give her a letter I had prepared since I seem to always miss the opportuntuy to speak in court. She would not accept it. There is procedure and it is not allowed. It was my attempt at a 'Cease and Desist Letter' to all those in the courtroom, including the defendant. She told everyone not to accept it. So, no one accepted it. When I went to file it in the clerks office, she came and stood there trying to prevent it. I continued to file it anyway. No one desisted from doing anything, as it apparently didn't have the right 'form'. Everything I tried to do in the court was thwarted. The judges, deputies and bailiff were all involved to support the lies of the Jehovah's Witnesses and to add to the false premise already in place. A false premise is another form of lying, deceit and corruption, it became a marriage of church and state, leading a community down the same path. My suit shows who I hold responsible.

Mr Joly texted me on Tuesday, January 29, 2019, "Mrs. Ruggiero You are hereby notified of an ex-parte restrain order hearing 1-31-2019 at 1:30. __ Joly." I was tricked by being texted to come to the court for a 'hearing.' It was not a hearing, but a easy deceitful way to serve me the paperwork.The court said they do that all the time. (All they'd have to do is tell me to come and pick up some paperwork.)

7

Instead, a small group of Mr Joly and others sat as waiting for court. The same Rosa mentioned earlier, was there to console and support her friend, as I was served the Ex Parte Temporary Restraining Order. After one of the clerks of the court served me, I approached Rosa, to understand what was going on. She informed me under her breath, that I am 'not to speak with her, haven't I read the Restraining Order? Well, I suggest you read it. You see that baliff over there? Do you want me to call him over here and have him arrest you? Then I suggest leaving me alone.' However there was no restraining order with her name on it nor in it, she wasn't mentioned at all. She had lied blantly in court as a witness which is what I would have discussed with her. Christ said to be a peacemaker, but that doesn't include accepting a fake peace. Upholding truth, unites us. Lies are devisive. Truth isn't a viewpoint question.

The Clerk's Office would send me across the street to the Sheriff's Office to get a 'proof of service.' I'd take it back to the Clerk's Office, only to be told that "That's odd, usually the girls in the Sheriff's Office run it over here for you. I wonder why they didn't do that for you. Hmm."

I was denied representation by the Public Defender's Office because they said I wasn't indigent. I stated I was on Food Stamps. I was asked to bring in my tax statements and monthly records to prove my income for the past two years. When I did, they ignored it like it was never even asked. Then, they stated if they had to

8

accept my case, they are going to insist I go through an exam by two Courts
Psychologists. I refused. The Court insisted. After Dr. Claudia Lake's evaluation,
(6/14/19) she stated at the end of the exam, "I wonder what you'll do when they lie
in court?" I didn't understand what she meant nor what to expect; until after my
court experience.  In Court, Judge John Lawrence refered to her write up stating
that I had full blown schizophrenia, and a few other derogatory comments. I was
flabergasted, but didn't believe it.  As I had already been asked by the Yreka elders
to comply with their mental health check up or I couldn't go to the Kingdom Hall.
I complied with their request also. The therapist there, Bev Shipman said, "It was
nice of you to come here for them. But you didn't need to do that. And you don't
come under anything close to the caliber of people that receive help here. But if
you *want* to, I can give you some numbers of some who might see you." I chose to
continue so I could go to the Kingdom Hall in Yreka. The therapist, Tari Sliweski,
I saw for about a year. She too began working with the others. I confronted her
about it and dropped the therapy because of it.

The Post Office numerous times played games with my mail delivery. I couldn't
depend on it's delivery any more, both receiving and sending mail, especially time
sensitive court documents, but even bills would arrive late and I would have an
over due fee. This was the same with UPS and FedX also. The overnighted and
guaranteed mail didn't arrive until after the court deadline, even if I paid extra.

9

There were boxes with broken items, items that never arrived but got sent back, etc. When I would confront them, they'd remark that it wasn't them and it was not their fault. The appeal of the Restraining Order by Judge Dixon, was being served by mail. It had sat, somewhere, for almost two weeks and then it was too late for the court action I was seeking. I tried the Sheriff's Office to serve it and that took another three weeks. I gave up as I didn't believe the Court of Appeal would accept it.

These pranks are at the stores (spoilt goods), hair salon (shopped up haircuts)s, gas stations (denied cards), my work(pranks) and neighborhood (sabotage dealing with neighbors), throughout the area, both Southern Oregon and Northern California. Wherever I go. However, I hold responsible those whose position it is to uphold and enforce the Laws of the Land, not encourage bias harassing behavior. Those with 'duty of care" are handling this situation with "unclean hands." Why? Because the Organization of Jehovah's Witnesses both stamped and framed this mischeif by obtaining an unwarrented Restraining Order, framing trouble by putting inplace a decree in the name of the Law, (a restaining order). Which has the affect of hindering my Worship of Jehovah God. In an effort to ban my worship, which they complain of happening to *them* in other countries. No one has the right to do that, for it is a God given right. According to God's Word, at Acts 5:29, in a situation where man makes a law that goes against God's Law, a genuine disciple

10

of Christ would prove himself by sticking to his loyal obedience to God's Word, not man's. Furthermore, we obey his word when our brother is doing wrong, and we confront the wrong-doing or lie. We expose it and aid his pure worship, in keeping it holy. We do not cover over lies, nor tolerate them, for then we would be rendering Jehovah worship that is not holy, clean nor pure, but corrupt. His words are, 'You must be holy because I am Holy', and he insists on 'exclusive devotion' according to one of the ten commandments. (Ex 20:4,5; 1 Pet 1:16) To sanctify his name according to the 'Our Father Prayer' is to clear it of any blemish, to hold it holy, sacred. It creates an atmosphere and bond of trust and respect in his universal family. Hence, this is why I would scriptually be going to the Kingdom Hall to address these issues, against the decree put in place inntentionally against me. (Mat 22:21) The scriptures in Ezekiel 3:17-19 and 33:8-20 lays a heavy responsibility on one seeing wrongdoing and not speaking up. We apply the Scriptures. But speak up we must, for we are his Witnesses, and because God's House must measure up to his Holy Standards or it instead *mis*represents him, and is a dishonorable lie. Lies in his house are like rotten stinky garbage, we take it out. Jehovah's Witnesses know these standards, they are the ones that have taught me God's Word. This conduct is hypocritical like the false religious leaders throughout time.

Furthermore, corruption anywhere merits God's disfavor and man's distrust. November 15, 2019, I made an effort to reach the Circuit Overseer assigned from

New York to serve Yreka. Instead, he hid from me and called the police. (I had asked for an appointment through the local brothers). Officer Taggart of the Yreka Sheriff's Department came to his call and made the decision to throw me on the ground as I was being arrested and I received a broken leg. Instead of applying the above cited scriptures about being a peacemaker. He hid from me, called the authorities, and after the authorities arrived paraded himself infront of me as he watched me get arrested across the parking lot. Even staring at me as he glup down his coffee straight up.  I let out my frustration in a grutteral growl because I couldn't go anywhere because the officer was fumblingly handcuffing me for being in violation of the Restraining Order against Jim Joly, (though he wasn't there). The Officer Said I was resisting arrest, because I wasn't paying attention to what he was doing. Though I did not move away nor leave to go speak my mind to Mr. Scott, I stayed with the Officer. Yet the officer decided to throw me on the ground by swinging me off my feet and tripping me against his boots and hence, broke my leg, right above the ankle. I was stunned, shaking and helped to my feet. Put in the vehicle and jailed. In the jail cell, I couldn't get warm and I couldn't stop shaking, the pain I felt was in my hip and leg. I just thought I was shook from the experience. The officers told me someone was here to see me, and I had to agree to see the person in order to be released. The girl from Behavioral Health came to do an evaluation on my mental condition. If I wanted to be released I had to comply.

12

When I got up to walk I was shaken and still numb. When I got into the room I sat

down on the nearest seat by the door. All I knew was, the other chair was too far

away. The Evaluator kept insisting I come sit across from her in the center of the

room. I told her I didn't want to. She said why? All I knew is it was too difficult,

but she kept insisting. So, I told her, just give me a minute and Ill try. With a few

deep breathes, I braced myself and went to the chair. I wasn't feeling myself. She

asked me generic questions. I answered. I explained I had already been evaluated

by her office. She asked, 'By who?' 'Bev Shipman.' And I saw a therapist for a

year she had refered me to, Tari Slizewski. I stood firm that this is some prank that

needs to stop and I'm not the one presenting the facade. The officer came and

asked me to come with him as I was being released. I said I couldn't stand up and I

didn't understand either. I looked down and my ankle had ballooned, I couldn't put

any wieght on it. I manuovered with a plastice chair until they brought me a

walker. I told them I think I need to be taken to the hospital.  I sat in an annex of

the jail and waited for them to take me to the hospital. I decided to take pictures of

my ankle, just in case I needed it. (Attach Picture). The Sheriff's Officers were

verly reluctant but took me to the Fairchild Medical Hospital. There I sat for hours

in an empty waiting room to be seen. There were sheriff's deputies behind the

scenes at the hospital for some reason. After a while I had an exray taken. I finally

asked if they could just tell me if it was broken of not. If it wasn't, I'd go home and

13

get a painkiller, at least I'd be able to get comfortable. People that weren't there when I arrived were taken ahead of me. After quite sometime, I spoke to them about if they could tell from the exrays if it was broken. They assured me many times that their beds were full and we can't treat you as we are busy with other patients and quit being selfish. Later, they took me into a little room where I was told, "No, it's not broken. You know how I can tell? You still have color in your toes. So no. It's not broken and we can release you." They gave me a brace and crutches. Taught me how to walk on them, to put no weight on it for a period of time. I called a taxi and was released. My ankle was broken for I have had sprains before, this was entirely different. I feel they covered for the Law Enforcement Office.

The elder, who had the judge over for dinner, asked me if I had ever heard of a Spanish illustration that goes like this (when translated into English): "One beats the dog and throws it at you." This is what is happening, (by gaslighting and gangstalking).

 Gaslighting is intentionally difficult or impossible to explain in absolute factual and concrete terms that the court likes to receive for evidence. It is abstract and clandestine, yet an unseen reality. It requires an abstract prespective or concept, verses our preferred from of absolutes. But it can then bring into focus a preponderance of evidence manifesting quite a different picture than what the

14

sellers are selling. The false religious leaders of Jesus day, presented their view to the authorities, but reality was quite another, for they were guilty of having an innocent man put to death by the Roman Authoities. Hence, my testimony before the court may come as a solidary voice, a witness who with reiteration emphatically affirms ones testimony, standing in contrast with a community following leaders and peers gaslighting a targeted individual, myself. This began sometime in 2013. It is real, using much modern technology that it is not beyond the scope of reality and at least requires an investigation.

The Government Leaders job to uphold the Constitutional Rights and the Laws of the land, not condoning a marriage of corruption with lying false religious leaders. Are not the Religious Leaders held by and required by both the Almighty God Jehovah and the Constitutional Law of the Land to uphold Justice? And do not both own a position of 'duty of care'? Would it not be hyprocritcal to do otherwise? What happened to the "spirit of the Law"?

 The scripture in Habakkuk 1:2-4 speaks of when the wicked surround the righteous, being why justice is never carried out. Acts 23:12 speaks of an 'oath-bound conspiracy' by the Jews against an apostle. Think of what the Religious Leaders were able to accomplish with Jesus, by turning to the Roman Authorities. How does God feel when he is misrepresented by unjust lying shepherds? Jerimiah 23 will tell you. Lies entrap, capture and delude the minds of people, leading them

15

astray. (Mat 15:14) Finding a victim of not just one but many. Do we just succumb staying the victim or champion truth, uphold it and expose the lie(s)? What if you're the only one who will speak? Will it change the truth if is is written down in history wrong? No. It won't, even if the majority believe it, prefer it and want to quiet it or cover it up. Hitler had a 'good' PR person, and the public bought the lie. (https://news.yahoo.com/hitler-home-nazi-pr-machinr-1950344511.html) False advertizing works (it's even been made a science), bending the truth has become winked at, playing with the minds of people. However, truth is a precious gem, God's Word states, "Buy truth and never sell it." (Proverbs 23:23) It is a pillar of his house, and it can align and bond one with the God of Truth. That is the best place to be, come what may. Seek it and after you find it, never let it go. Jesus said to worship God with "spirit and truth." It can make one a fit subject of his Kingdom. (Mat 6:33)

The government action in this case sets an abuse of public office, violates the Establishment clause of the United States' Constitution, as it lacks a secular purpose, has its primary effect as promoting or inhibiting religion, or fosters as excessive entanglement of government with religion. Between the government and the religious system manipulate the system for a desired outcome. Gaming the system, using loopholes to use rules or laws toget what you want in an unfair but legal way. They have set a pattern and course of conduct in a series of acts over

16

time, evidencing a continuity of purpose, including following, stalking, harassing, hacking my telephone, tablets, computer, car, means this needs to stopby government action.

I will submit a document  and calendar of dates and events in fuller measure, so as to draw a clearer picture of the harassment from these leaders. This document needs to be filed. The original case in theThird District State of Appeals Court of California I have asked to be joined to this one. These events have not stopped.