# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY RUGGIERO, | No. 2:20-CV-1561-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| CHRISTIAN CONGRETATION OF JEHOVAH'S WITNESSES, HDQ, NY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. On September 2, 2021, the Court determined the matter was appropriate for service by the United States Marshal and directed Plaintiff to file notification within 15 days that specific documents have been submitted to the United States Marshal to allow for service. See ECF No. 4. To date, Plaintiff has not complied and there is no indication on the Court's docket that any defendant has been served. Plaintiff is directed to show cause within 30 days of the date of this order why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders.

/ / /

/ / /

/ / /

/ / /

1

See Local Rule 110.  Pending Plaintiff's response, the scheduling conference set for January 5, 2022, is vacated.

    IT IS SO ORDERED.

Dated:  December 29, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE