## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**NANCY RUGGIERO,**

               v.

**CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, HDQ, NY, ET AL.,**

JUDGMENT IN A CIVIL CASE

CASE NO: **2:20–CV–01561–KJM–DMC**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/23/2022**

                             **Keith Holland**
                             Clerk of Court

ENTERED:  **May 23, 2022**

                        by: /s/ K. Zignago
                             Deputy Clerk